# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**DAREL EUGENE TAYLOR,**

    DEBTOR.

Case No.: BK-15-80968- TRC
Chapter 13

## APPLICATION TO CONTINUE HEARINGS
## SCHEDULED FOR FEBRUARY 23, 2016

COMES NOW, JAMES B. NUTTER & COMPANY, by and through its attorney, Jim Timberlake ("Applicant"), and respectfully request that the Court continue the hearing currently scheduled for February 24, 2016. In support of this application, Applicant states the following.

1. The Debtors have asked for additional time to address issues in their Ch 13 Plan including the inclusion of this related mortgage claim.

2. This motion is not being brought to delay or hinder anyone, nor for any illegal purpose, the continuance is merely sought to allow for a possible resolution between counsels for Debtor and Movant regarding the treatment of the debt.

3. Jimmy Veith, the Attorney for the Debtor has consented to this application and agreed to the continuance of the hearing.

WHEREFORE, Applicant respectfully requests that the Court continue the hearing currently set in this matter for February 24, 2016, at 9:00 a.m. to April 7, 2016 at 10:00 a.m.; and for any other relief the Court deems proper.

Respectfully submitted,

By: s/ Jim Timberlake
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Attorney for Applicant

### CERTIFICATE OF SERVICE

I further certify that the following parties will receive notice via the Court's CM/ECF Electronic Noticing System:

Jimmy Veith, Debtors' attorney

William Mark Bonney, Trustee

By: s/ Jim Timberlake
JIM TIMBERLAKE - #14945