Local Form 9017-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Darel Eugene Taylor

Case No. 15-80968
Chapter 13

Debtor(s)

## WITNESS LIST

| DATE OF HEARING 4/7/2016 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| Witness No. | NAME AND ADDRESS (Brief Description of Testimony) | Direct | Cross | Redir | Recross | Judge |
| 1* | Tammy Prentice, as co-Trustee of of the Dexter Alvin Pruitt Trust, will testify as to her duties in regard to the administration of the Trust and payment of bills for 205 E. Main. | | | | | |
| 2* | Carol Dunlap will testify as to her duties as personal assistant to Ms. Prentice including payment all bills for 205 E. Main. | | | | | |
| * | 3900 N. Broadway, Ada, OK 74820 | | | | | |
| 3 | Darel Eugene Taylor will testify in regard to his bankruptcy papers. | | | | | |
| 4 | All witnesses listed by Darel Eugene Taylor. | | | | | |

Respectfully Submitted,

By D. Craig Shew

Local Form 9017-2(A)

# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Darel Eugene Taylor

Case No. 15-80968
Chapter 13

Debtor(s)

## EXHIBIT LIST

| DATE OF HEARING 4/7/2016 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | I D | ADMITTED | REJECT/WD |
| 1 | Assignment of Note and Mortgage | | | |
| 2 (1-36) | Electric Bills | | | |
| 3 (1-34) | Gas Bills | | | |
| 4 | Insurance Payments | | | |
| 5 (1-4) | Repair Bills | | | |
| 6 (1-3) | Property Tax Bills | | | |
| 7 (1-4) | Rental/Gas Bills | | | |
| 8 (1-3) | Attorney Fee Bills | | | |
| 9 | Summary of Exhibits 1 - 8 | | | |
| 10 | Schedule A - Taylor Bankruptcy | | | |
| 11 | Declaration - Taylor Bankruptcy | | | |
| 12 (1-3) | Chapter 13 Plan - Taylor Bky. | | | |
| 13 | 205 E. Main Building Details | | | |
| 14 | All Exhibits listed by Mr. Taylor | | | |

Respectfully Submitted,
By _D. Craig Shew_