# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:   Taylor, Darel Eugene     )
                               )   Case No.: 15-80968
                               )             Chapter 13
                 Debtor(s)     )

## WITNESS LIST

| DATE OF HEARING  4-7-16 | OPERATOR | PAGE NO |
|---|---|---|

| WITNESS NO. | NAME | DIRECT | CROSS | REDIR | RECROSS | JUDGE |
|---|---|---|---|---|---|---|
| 1 | Darel Eugene Taylor | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

 Respectfully Submitted,
/s/ Jimmy L. Veith
Jimmy L. Veith, #9222

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

In re:   Taylor, Darel Eugene                    )
                                                 )     Case No.: 15-80968
                                                 )                Chapter 13
                          Debtor(s)              )

## EXHIBIT LIST

| DATE OF HEARING 4-7-16 | OPERATOR | PAGE NO. |
|---|---|---|

| EXHIBIT NO. | DESCRIPTION | ID | ADMIT | REJECT/WD |
|---|---|---|---|---|
| 1 | Adjustable Rate Note (Home Equity Conversion) and Adjustable Rate Home Equity Conversion Mortgage dated November 27, 2007 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Respectfully Submitted,
/s/ Jimmy L. Veith
Jimmy L. Veith, #9222